THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Norwood Lee
 Jordan, Appellant.
 
 
 

Appeal From Richland County
 William H. Seals, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-486
 Submitted October 1, 2011  Filed October
31, 2011    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia,
 for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Norwood Lee Jordan appeals the circuit
 court's order revoking his probation, arguing the circuit court erred (1) in
 revoking twenty years of his sentence; (2) in finding Jordan was barred from
 raising the issue of whether he remained on probation; and (3) in finding
 Jordan remained on probation.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As to whether the
 circuit court erred in revoking twenty years of Jordan's sentence:  In re
 McCracken, 346 S.C. 87, 92, 551 S.E.2d 235, 238 (2001) ("A bald
 assertion, without supporting argument, does not preserve an issue for
 appeal."); Hunt v. S.C. Forestry Comm'n, 358 S.C. 564, 573, 595
 S.E.2d 846, 851 (Ct. App. 2004) ("Issues raised in a brief but not
 supported by authority are deemed abandoned and will not be considered on
 appeal.").
2. As to whether the
 circuit court erred in finding Jordan was barred from raising the issue of
 whether he remained on probation:  Carolina Renewal, Inc. v. S.C. Dep't of
 Transp., 385 S.C. 550, 554, 684 S.E.2d 779, 782 (Ct. App. 2009) ("Collateral
 estoppel, also known as issue preclusion, prevents a party from relitigating an
 issue that was decided in a previous action, regardless of whether the claims
 in the first and subsequent lawsuits are the same.").
3. As to whether the
 circuit court erred in finding Jordan remained on probation:  State v.
 Bryant, 383 S.C. 410, 418, 680 S.E.2d 11, 15 (Ct. App. 2009) (holding an
 issue not raised to and ruled upon by the circuit court revoking probation was
 not preserved for review).
AFFIRMED.[2]
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.
[2] Prior to our receipt of the final brief in this case,
 the South Carolina Supreme Court published a case with nearly identical facts
 and issues.  SeeState v.
 Picklesimer, 388 S.C. 264, 695 S.E.2d
 845 (2010).  On appeal, Jordan does not brief Picklesimer; therefore,
 these issues may be appropriate for a post-conviction relief proceeding.